IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-23-5178-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION: E1728373 |
| vs. | Location Code: M13 |
| DILLON M. HOUCK, | ORDER |
| Defendant. | |

Based upon the United States' motion to accept the Defendant's payment of a $125 fine and $30 processing fee for violation E1728373 (for a total of $155), and for good cause shown, **IT IS ORDERED** that the $155 fine paid by the Defendant is accepted as a full adjudication of violation E1728373.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for December 7, 2023, is **VACATED.**

DATED this 5th day of December, 2023.

_____
John Johnston
United States Magistrate Judge